**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**ANDREW KARTCHNER, OSB #135784**
Assistant United States Attorney
Andrew.Kartchner@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2936
Telephone: (503) 727-1019
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:26-cv- |
| Petitioner, | |
| v. | **DECLARATION OF JEFFREY CHAN IN SUPPORT OF PETITION TO ENFORCE ADMINISTRATIVE SUBPOENAS** |
| **MULTNOMAH COUNTY DEPARTMENT OF COMMUNITY JUSTICE; SUZANNE BROWN-MCBRIDE, Deputy Director, Multnomah County Department of Community Justice; CLACKAMAS COUNTY SHERIFF'S OFFICE PAROLE & PROBATION DIVISION; ANGELA BRANDENBURG, Clackamas County Sheriff; MARION COUNTY SHERIFF'S OFFICE, COMMUNITY CORRECTIONS DIVISION; NICHOLAS HUNTER, Marion County Sheriff; WASHINGTON COUNTY COMMUNITY CORRECTIONS PROBATION AND PAROLE; NATHAN GAOIRAN, Director, Washington County Community Corrections Probation and Parole;** | |
| Respondents. | |

Page | 1      Declaration of Jeffrey Chan

EXHIBIT A

I, Jeffrey Chan, submit this declaration in support of the United States of America Petition to Enforce Administrative Subpoenas, and hereby declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am currently the Assistant Field Office Director (AFOD) for the Portland Field Office of Enforcement and Removal Operations (ERO), where I oversee immigration enforcement operations across Oregon. I have been employed by Immigration and Customs Enforcement (ICE) since 2006 and have been the AFOD in Portland, Oregon since June 2024. Among my responsibilities as AFOD, I manage the Portland ERO non-detained docket.

2. I learned the following information from my own training and experience, from other ERO officers with experience dealing with state departments of corrections over the years, and from ERO officers who ran DHS database queries on or about March 23, 2026.

3. Between 2015 and June or July 2021, when Oregon House Bill 3265 was enacted, the Oregon Department of Corrections (ODOC) cooperated with ICE's enforcement of immigration laws and regulations.

    a. OCOC would provide weekly lists of inmates with a foreign birth admitted to ODOC;

    b. ICE agents would investigate each criminal alien in ODOC custody and conduct a consensual interview of all potentially removable criminal aliens at the prison;

    c. ICE would serve a detainer on ODOC for each criminal alien determined to be removable;

    d. After completion of the removable criminal aliens' sentences, ODOC would transfer custody of the aliens directly to ICE in order for the criminal aliens to be removed from the United States in accordance with federal law.

4. Since June 2021, ODOC has not allowed ICE agents to interview potentially removable criminal aliens.

5. Since June 2021, ODOC has not honored any ICE detainers on criminal aliens in custody in Oregon and criminal aliens have been released back into Oregon communities.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 27 day of March, 2026.

Jeffrey Chan
Assistant Field Operations Director
U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations