| LEGEND | | | |
|---|---|---|---|
| **Alien No.** | **Alien Name** | **Subpoena No.** | **Subpoenaed Agency** |
| Criminal Alien 3 | | HSI-PT-2026-024045-001 | Clackamas Cty Sheriff Parole & Probation |
| Criminal Alien 1 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 4 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 5 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 6 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 7 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 8 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 9 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 11 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 12 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 13 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 14 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 16 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 18 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 19 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 20 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 21 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 22 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 23 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 24 | | HSI-PT-2026-024065-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 31 | | HSI-PT-2026-024070-001 | Washington Cty Community Corrections Porbation and Parole |
| Criminal Alien 32 | | HSI-PT-2026-024070-001 | Washington Cty Community Corrections Porbation and Parole |
| Criminal Alien 33 | | HSI-PT-2026-024070-001 | Washington Cty Community Corrections Porbation and Parole |
| Criminal Alien 34 | | HSI-PT-2026-024070-001 | Washington Cty Community Corrections Porbation and Parole |
| Criminal Alien 35 | | HSI-PT-2026-024070-001 | Washington Cty Community Corrections Porbation and Parole |
| Criminal Alien 36 | | HSI-PT-2026-024070-001 | Washington Cty Community Corrections Porbation and Parole |
| Criminal Alien 38 | | HSI-PT-2026-024070-001 | Washington Cty Community Corrections Porbation and Parole |
| Criminal Alien 40 | | HSI-PT-2026-024070-001 | Washington Cty Community Corrections Porbation and Parole |
| Criminal Alien 42 | | HSI-PT-2026-024070-001 | Washington Cty Community Corrections Porbation and Parole |
| Criminal Alien 44 | | HSI-PT-2026-024070-001 | Washington Cty Community Corrections Porbation and Parole |
| Criminal Alien 25 | | HSI-PT-2026-024072-001 | Multnomah Cty Department of Community Justice |
| Criminal Alien 26 | | HSI-PT-2026-024072-001 | Multnomah Cty Department of Community Justice |
| Criminal Alien 27 | | HSI-PT-2026-024072-001 | Multnomah Cty Department of Community Justice |
| Criminal Alien 28 | | HSI-PT-2026-024072-001 | Multnomah Cty Department of Community Justice |
| Criminal Alien 29 | | HSI-PT-2026-024072-001 | Multnomah Cty Department of Community Justice |
| Criminal Alien 30 | | HSI-PT-2026-024072-001 | Multnomah Cty Department of Community Justice |

**Rignel Decl., Exhibit 1,  Page 1**



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Sheriff Angela Brandenburg and/or Officer/ Person in Charge - Clackamas County Sheriff's Office Parole & Probation Division c/o Clackamas County Counsel 2051 Kaen Road Oregon City, Oregon 97045 United States 503-655-8362 | **Date:** | 1/22/2026 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse@hsi.dhs.gov |

**From:**   C. Jones

☐ Urgent          ☒ Action          ☐ Concurrence          ☐ FYI

**Comments:**

Attached is subpoena/summons #: HSI-PT-2026-024045-001

Please respond by 2/13/2026 4:00 PM PST


**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 1 of 4

**Rignel Decl., Exhibit 1,  Page 2**

| 1. To (Name, Address, City, State, Zip Code)<br><br>Sheriff Angela Brandenburg and/or Officer/Person in Charge - Clackamas County Sheriff's Office Parole & Probation Division<br>c/o Clackamas County Counsel<br>2051 Kaen Road<br>Oregon City, Oregon 97045<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

Summons Number: HSI-PT-2026-024045-001

**2.** In Reference To

Below Mentioned Individual

| (Title of Proceeding) | (File Number, if Applicable) |
|---|---|

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | C. Jones<br>Group Supervisor<br>4310 South Macadam Ave.<br>Portland, OR 97239<br>United States | Telephone<br><br>(503) 326-2649<br>Fax | 2/13/2026 4:00 PM PST |

4. Records required to be produced for inspection

Please see attached continuation page.



If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3.

5. Authorized Official

*T. Rignel*

(Signature)

Todd Rignel

(Printed Name)

Assistant Special Agent in Charge

(Title)

1/20/2026 2:02 PM PST

(Date)

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.01.20 22:02:46 +00:00


**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 2 of 4

**Rignel Decl., Exhibit 1,  Page 3**

| 1. | To (Name, Address, City, State, Zip Code) Sheriff Angela Brandenburg and/or Officer/Person in Charge - Clackamas County Sheriff's Office Parole & Probation Division c/o Clackamas County Counsel 2051 Kaen Road Oregon City, Oregon 97045 United States | DEPARTMENT OF HOMELAND SECURITY **IMMIGRATION ENFORCEMENT SUBPOENA (Continuation)** To Appear and/or Produce Records 8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |

Summons Number: HSI-PT-2026-024045-001

3. Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding the following individual:

| Last Name | First Name | Middle | DOB | FBI # | SID | Supervison |
|---|---|---|---|---|---|---|
| Criminal Alien #3 | | | | | | Clackamas Co |

it is requested your company/agency furnish the following regarding the above-listed individual:
1.      Documents sufficient to show the following:
a.      Home Address(es) during the period of supervision,
b.      Phone Number(s) during the period of supervision,
c.      Driver's License Number and State,
d.      Name of employer(s) during the period of supervision,
e.      Employment Address(es) during the period of supervision,
f.      Country of Birth, Place of Birth, Date of Birth
g.      Emergency Contact Number,
h.      Bail or bond records to include the obligor name and address

2.      Documents sufficient to show the underlying criminal charge relating to the above-mentioned individual supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: hsiportlandsubpoenaresponse@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement:  4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*



**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 3 of 4

**Rignel Decl., Exhibit 1,  Page 4**

END OF DOCUMENT

 U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 4 of 4

**Rignel Decl., Exhibit 1, Page 5**



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Sheriff Nicholas Hunter and/or Officer/Person in Charge - Marion County Sheriff's Office Community Corrections Division c/o Marion County Legal Counsel 555 Court St NE, Suite 5242 Salem, Oregon 97301 United States 503-588-5220 | **Date:** | 1/22/2026 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse@hsi.dhs.gov |

**From:**   C. Jones

☐ Urgent        ☒ Action        ☐ Concurrence        ☐ FYI

**Comments:**

Attached is subpoena/summons #: HSI-PT-2026-024065-001

Please respond by 2/13/2026 4:00 PM PST



U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 1 of 6

**Rignel Decl., Exhibit 1,  Page 6**

| 1. To (Name, Address, City, State, Zip Code)<br>Sheriff Nicholas Hunter and/or Officer/Person in<br>Charge - Marion County Sheriff's Office<br>Community Corrections Division<br>c/o Marion County Legal Counsel<br>555 Court St NE, Suite 5242<br>Salem, Oregon 97301<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

| Summons Number: HSI-PT-2026-024065-001 |
|---|

**2.** In Reference To

See Below Individuals

| (Title of Proceeding) | (File Number, if Applicable) |
|---|---|

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | C. Jones<br>Group Supervisor<br>4310 South Macadam Ave.<br>Portland, OR 97239<br>United States | Telephone<br><br>(503) 326-2649<br>Fax | 2/13/2026 4:00 PM PST |

| 4. Records required to be produced for inspection<br><br>Please see attached continuation page. |
|---|



If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3.

5. Authorized Official

*T. Rignel*

(Signature)

Todd Rignel

(Printed Name)

Assistant Special Agent in Charge

(Title)

1/20/2026 2:04 PM PST

(Date)

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.01.20 22:04:45 +00:00


**U.S. Immigration
and Customs
Enforcement**

DHS Form I-138 (6/09) - Page 2 of 6

**Rignel Decl., Exhibit 1,  Page 7**

| 1. | To (Name, Address, City, State, Zip Code)<br>Sheriff Nicholas Hunter and/or Officer/Person in<br>Charge - Marion County Sheriff's Office Community<br>Corrections Division<br>c/o Marion County Legal Counsel<br>555 Court St NE, Suite 5242<br>Salem, Oregon 97301<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT**<br>**SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|---|

Summons Number: HSI-PT-2026-024065-001

3. Records required to be produced for inspection (continued)

The following applies if checked.

☐      **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding the following individuals:

| Last Name | First Name | Middle | FBI # | SID |
|---|---|---|---|---|
| Criminal Alien #1 | | | | |
| Criminal Alien #4 | | | | |
| Criminal Alien #5 | | | | |
| Criminal Alien #6 | | | | |
| Criminal Alien #7 | | | | |
| Criminal Alien #8 | | | | |
| Criminal Alien #9 | | | | |
| Criminal Alien #11 | | | | |
| Criminal Alien #12 | | | | |
| Criminal Alien #13 | | | | |
| Criminal Alien #14 | | | | |
| Criminal Alien #16 | | | | |
| Criminal Alien #18 | | | | |
| Criminal Alien #19 | | | | |
| Criminal Alien #20 | | | | |
| Criminal Alien #21 | | | | |
| Criminal Alien #22 | | | | |
| Criminal Alien #23 | | | | |
| Criminal Alien #24 | | | | |

it is requested your company/agency furnish the following regarding the above-listed individuals:
1.      Documents sufficient to show the following:
a.      Home Address(es) during the period of supervision,
b.      Phone Number(s) during the period of supervision,
c.      Driver's License Number and State,
d.      Name of employer(s) during the period of supervision,
e.      Employment Address(es) during the period of supervision,
f.      Country of Birth, Place of Birth, Date of Birth
g.      Emergency Contact Number,
h.      Bail or bond records to include the obligor name and address



**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 3 of 6

**Rignel Decl., Exhibit 1,  Page 8**

2.        Documents sufficient to show the underlying criminal charge relating to the above-mentioned individuals' supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov



U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 4 of 6

**Rignel Decl., Exhibit 1,  Page 9**

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: hsiportlandsubpoenaresponse@hsi.dhs.gov

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement:  4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**



U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 5 of 6

**Rignel Decl., Exhibit 1,  Page 10**



U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 6 of 6

**Rignel Decl., Exhibit 1,  Page 11**



Homeland Security Investigations
Office of the Special Agent in Charge

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Director Nathan Gaoiran and/or Officer/Person in Charge - Washington County Community Corrections Probation and Parole c/o Washington County Counsel 155 N First Avenue Suite 340 Hillsboro 97124 United States 503-846-8747 | **Date:** | 1/22/2026 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse@hsi.dhs.gov |

**From:** C. Jones

☐ Urgent    ☒ Action    ☐ Concurrence    ☐ FYI

**Comments:**

Attached is subpoena/summons #: HSI-PT-2026-024070-001

Please respond by 2/13/2026 4:00 PM PST



**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 1 of 4

**Rignel Decl., Exhibit 1,  Page 12**

| 1. To (Name, Address, City, State, Zip Code)<br>Director Nathan Gaoiran and/or Officer/Person in<br>Charge - Washington County Community Corrections<br>Probation and Parole<br>c/o Washington County Counsel<br>155 N First Avenue Suite 340<br>Hillsboro 97124<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

| Summons Number: HSI-PT-2026-024070-001 | |
|---|---|

**2.** In Reference To

| See Below Individuals | |
|---|---|
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | C. Jones<br>Group Supervisor<br>4310 South Macadam Ave.<br>Portland, OR 97239<br>United States | Telephone<br><br>(503) 326-2649<br>Fax | 2/13/2026 4:00 PM PST |

4. Records required to be produced for inspection

Please see attached continuation page.



If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3.

5. Authorized Official

T. Rignel

(Signature)

Todd Rignel

(Printed Name)

Assistant Special Agent in Charge

(Title)

1/20/2026 2:03 PM PST

(Date)

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.01.20 22:03:47 +00:00


**U.S. Immigration
and Customs
Enforcement**

DHS Form I-138 (6/09) - Page 2 of 4

**Rignel Decl., Exhibit 1,  Page 13**

| 1. | To (Name, Address, City, State, Zip Code)<br>Director Nathan Gaoiran and/or Officer/Person in<br>Charge - Washington County Community Corrections<br>Probation and Parole<br>c/o Washington County Counsel<br>155 N First Avenue Suite 340<br>Hillsboro 97124<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |

Summons Number: HSI-PT-2026-024070-001

3. Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding the following individuals:

| Last Name | First Name | Middle | DOB | FBI # | SID |
|---|---|---|---|---|---|
| Criminal Alien #31 | | | | | |
| Criminal Alien #32 | | | | | |
| Criminal Alien #33 | | | | | |
| Criminal Alien #34 | | | | | |
| Criminal Alien #35 | | | | | |
| Criminal Alien #36 | | | | | |
| Criminal Alien #38 | | | | | |
| Criminal Alien #40 | | | | | |
| Criminal Alien #42 | | | | | |
| Criminal Alien #44 | | | | | |

it is requested your company/agency furnish the following regarding the above-listed individuals:
1.     Documents sufficient to show the following:
a.     Home Address(es) during the period of supervision,
b.     Phone Number(s) during the period of supervision,
c.     Driver's License Number and State,
d.     Name of employer(s) during the period of supervision,
e.     Employment Address(es) during the period of supervision,
f.     Country of Birth, Place of Birth, Date of Birth
g.     Emergency Contact Number,
h.     Bail or bond records to include the obligor name and address

2.     Documents sufficient to show the underlying criminal charge relating to the above-mentioned individuals' supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to:
hsiportlandsubpoenaresponse@hsi.dhs.gov


**U.S. Immigration<br>and Customs<br>Enforcement**

DHS Form I-138 (6/09) - Page 3 of 4

**Rignel Decl., Exhibit 1,  Page 14**

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement:  4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

---

**END OF DOCUMENT**



**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 4 of 4

**Rignel Decl., Exhibit 1,  Page 15**



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Director Denise Pena and/or Officer/Person in Charge - Multnomah County Department of Community Justice c/o Multnomah County Attorney 501 SE Hawthorne Blvd Suite 500 Portland, Oregon 97214 United States 503-988-3138 | **Date:** | 1/22/2026 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenarespon se@hsi.dhs.gov |

**From:**    C. Jones

☐ Urgent          ☒ Action          ☐ Concurrence          ☐ FYI

**Comments:**

Attached is subpoena/summons #: HSI-PT-2026-024072-001

Please respond by 2/13/2026 4:00 PM PST



**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 1 of 4

**Rignel Decl., Exhibit 1,  Page 16**

| 1. To (Name, Address, City, State, Zip Code)<br>Director Denise Pena and/or Officer/Person in<br>Charge - Multnomah County Department of<br>Community Justice<br>c/o Multnomah County Attorney<br>501 SE Hawthorne Blvd Suite 500<br>Portland, Oregon 97214<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

| Summons Number: HSI-PT-2026-024072-001 |
|---|

| **2.** In Reference To | |
|---|---|
| See Below Individuals | |
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | C. Jones<br>Group Supervisor<br>4310 South Macadam Ave.<br>Portland, OR 97239<br>United States | Telephone<br><br>(503) 326-2649<br>Fax | 2/13/2026 4:00 PM PST |

| 4. Records required to be produced for inspection<br><br>Please see attached continuation page. | |
|---|---|

| <br><br>If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block 3. | 5. Authorized Official<br><br>*T. Rignel*<br><br>(Signature)<br><br>Todd Rignel<br><br>(Printed Name)<br><br>Assistant Special Agent in Charge<br><br>(Title)<br><br>1/20/2026 2:02 PM PST<br><br>(Date) |
|---|---|

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.01.20 22:03:00 +00:00


**U.S. Immigration
and Customs
Enforcement**

DHS Form I-138 (6/09) - Page 2 of 4

**Rignel Decl., Exhibit 1,  Page 17**

<table>
<tr><td>1. To (Name, Address, City, State, Zip Code)<br>Director Denise Pena and/or Officer/Person in<br>Charge - Multnomah County Department of<br>Community Justice<br>c/o Multnomah County Attorney<br>501 SE Hawthorne Blvd Suite 500<br>Portland, Oregon 97214<br>United States</td><td>DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4</td></tr>
</table>

Summons Number: HSI-PT-2026-024072-001

3. Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
| --- | --- |

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding the following individuals:

| Last Name | First Name | Middle | DOB | FBI # | SID |
| --- | --- | --- | --- | --- | --- |
| Criminal Alien #25 | | | | | |
| Criminal Alien #26 | | | | | |
| Criminal Alien #27 | | | | | |
| Criminal Alien #28 | | | | | |
| Criminal Alien #29 | | | | | |
| Criminal Alien #30 | | | | | |

it is requested your company/agency furnish the following regarding the above-listed individuals:
1. Documents sufficient to show the following:
a. Home Address(es) during the period of supervision,
b. Phone Number(s) during the period of supervision,
c. Driver's License Number and State,
d. Name of employer(s) during the period of supervision,
e. Employment Address(es) during the period of supervision,
f. Country of Birth, Place of Birth, Date of Birth
g. Emergency Contact Number,
h. Bail or bond records to include the obligor name and address

2. Documents sufficient to show the underlying criminal charge relating to the above-mentioned individuals' supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: hsiportlandsubpoenaresponse@hsi.dhs.gov

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:
The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement:


**U.S. Immigration
and Customs
Enforcement**

DHS Form I-138 (6/09) - Page 3 of 4

**Rignel Decl., Exhibit 1,  Page 18**

4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**

 **U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 4 of 4

**Rignel Decl., Exhibit 1,  Page 19**