**CLACKAMAS**
**C O U N T Y**

OFFICE OF COUNTY COUNSEL

PUBLIC SERVICES BUILDING

2051 KAEN ROAD I OREGON CITY, OR 97045

**Billy J. Williams**
County Counsel

**Scott C. Ciecko**
**Amanda Keller**
**Shawn Lillegren**
**Jeffrey D. Munns**
**Sarah Foreman**
**Caleb Huegel**
**Angela Hajihashemi**
**Joseph Lucas**
**Ryan Hammond**
Assistants

January 27, 2026

U.S. Department of Homeland Security
Attn: Colin Jackson and C. Jones
4310 South Macadam Ave.
Portland, Oregon 97239
hsiportlandsubpoenaresponse@hsi.dhs.gov

Subject:    DHS administrative subpoenas served January 22
            Subpoena no. HSI-PT-2026-024045-001

Dear Mr. Jackson and Mr./Ms. Jones:

Clackamas County and Sheriff Angela Brandenburg are in receipt of the above
referenced administrative subpoena.  Pursuant to ORS 181A.820 through .826, the
County and the Sheriff are required to decline the request, and can only produce
responsive information upon receipt of a judicially issued subpoena.

If you have any questions, please contact me at your convenience.

Sincerely,

Scott Ciecko
Sr. Legal Counsel

cc:    Sheriff Brandenburg
       Oregon Criminal Justice Commission

P. 503.655.8362      F. 503.742.5397      WWW.CLACKAMAS.US

**Rignel Decl., Exhibit 3, Page 1**

STEVE ELZINGA, OSB #123102
Marion County Legal Counsel
*selzinga@co.marion.or.us*
555 Court Street N.E., Suite 5242
P.O. Box 14500
Salem, OR 97309
Telephone: (503) 588-5220

*Of Attorneys for Marion County*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MARION COUNTY,** a Political Subdivision of the State of Oregon; | Case No. 6:25-cv-01464-MC |
| Plaintiff, | **DECLARATION OF STEVE ELZINGA IN SUPPORT OF MARION COUNTY'S RESPONSE TO STATE'S MOTION TO DISMISS** |
| v. | |
| **TINA KOTEK,** in her official capacity as Governor of Oregon; | |
| **KRISTI NOEM,** in her official capacity as Director of the United States Homeland Security; and, | |
| **TODD LYONS,** in his official capacity as Acting Director of the United States Immigration and Customs Enforcement, | |
| Defendants. | |

I, Steve Elzinga, submit this declaration in support of Marion County's Response to

State's Motion to Dismiss, and hereby declare the following under penalty of perjury:

1.   I am currently employed as County Counsel for Marion County, Oregon.

Page **1** of **5** – DECLARATION OF STEVE ELZINGA IN SUPPORT OF MARION
COUNTY'S RESPONSE TO STATE'S MOTION TO DISMISS

**Rignel Decl., Exhibit 3, Page 2**

2. I am over 18 years old and am competent to testify as follows.

3. On August 1, 2025, federal agents with the United States Department of Homeland Security, Immigrations and Customs Enforcement Division, served Marion County with immigration enforcement subpoenas seeking records related to five named individuals by August 18, 2025. The United States later withdrew two of those subpoenas, including the one for a person whose identify was unclear at the time.

4. On August 18, 2025, Marion County filed this declaratory judgment action seeking to clarify the interaction of state and federal laws regarding federal immigration subpoenas.

5. On August 25, 2025, Oregon State Sheriffs' Association and 34 of Oregon's 36 sheriffs sent a letter to Marion County Counsel, the Oregon Attorney General, and the United States Attorney General agreeing "that there is a good deal of legal uncertainty" that needs to be resolved by a court decision "in light of the apparent conflicts between the Oregon Sanctuary Promise Act, Oregon Public Records Act, and federal law." A copy is attached as Exhibit 1.

6. Marion County received a public records request from Dirk VanderHart of Oregon Public Broadcasting on September 12, 2025, provided some responsive public records on September 12, 2025, and provided remaining responsive public records on September 23, 2025. Marion County provided copies of the five federal subpoenas, the notice of withdrawal of the fifth subpoena, and the public records prepared based on the parameters noted in paragraphs 10-21 of the complaint for response to the four active subpoenas.

7. Marion County received a public records request from Madeleine Moore of the Salem

Page **2** of **5** – DECLARATION OF STEVE ELZINGA IN SUPPORT OF MARION COUNTY'S RESPONSE TO STATE'S MOTION TO DISMISS

**Rignel Decl., Exhibit 3, Page 3**

Reporter on September 18, 2025 and provided responsive public records on September 24, 2025. Marion County provided the same public records to Salem Reporter as had been previously provided to Oregon Public Broadcasting.

8. On September 24, 2025, the Salem Reporter published an article regarding the provided responsive public records. https://www.salemreporter.com/2025/09/24/marion-county-releases-records-at-core-of-ice-lawsuit-to-salem-reporter/ A copy is attached as Exhibit 2. The article was also published in the Oregon Capital Chronicle. https://oregoncapitalchronicle.com/2025/09/24/marion-county-releases-records-at-core-of-ice-lawsuit-to-salem-reporter/

9. On October 1, 2025, the United States filed a separate legal action to enforce subpoenas against Clackamas, Marion, Multnomah, and Washington Counties in *United States of America v. Multnomah County Department of Community Justice, et. al*, case no. 6:25-cv-01794-MC. Even though Marion County quickly responded by asking the Court for an order to provide the responsive records, Marion County was still forced to spend county resources in that case.

10. On October 2, 2025, Marion County received a request from Amanda Rhoades of KOIN 6 News for the same public records previously provided. On October 3, 2025 Marion County provided the same public records to KOIN 6 News as had been previously provided to Oregon Public Broadcasting and the Salem Reporter.

11. On October 6, 2025, 20 of Oregon's 36 counties sent a letter to the Oregon Attorney General and the United States Attorney General. The letter said that it "is currently unclear how Oregon's Sanctuary Promise Act, Oregon's Public Records Act, and federal

Page **3** of **5** – DECLARATION OF STEVE ELZINGA IN SUPPORT OF MARION COUNTY'S RESPONSE TO STATE'S MOTION TO DISMISS

**Rignel Decl., Exhibit 3, Page 4**

laws interact and apply due to apparent conflicts, including in situations where a local government is served with an administrative subpoena pursuant to 8 USC §1225." The letter sought "clarity that will help all local governments ensure they are properly following federal, state, and local laws." A copy is attached as Exhibit 3.

12. The Court ultimately issued an order in *United States of America v. Multnomah County Department of Community Justice, et. al*, case no. 6:25-cv-01794-MC directing all four counties to provide responsive records, including three subpoenas to Marion County. Marion County immediately provided responsive records for the three subpoenas to the federal government pursuant to the Court's order. Notably, all of the provided records (plus other related records not provided to the federal government) had previously been provided to three media entities who had requested them under Oregon's public records laws.

13. On January 22, 2026, federal agents with the United States Department of Homeland Security, Immigrations and Customs Enforcement Division, served Marion County with a new immigration enforcement subpoena, this time seeking records related to nineteen named individuals by February 13, 2026. A copy is attached as Exhibit 4.

14. Instead of agreeing or declining to provide responsive records, Marion County is gathering responsive records and seeks to clarify its legal obligations through this action.

15. The records Marion County has gathered indicate that most of the named individuals are currently on parole after having been convicted of violent and serious crimes, such as rape, kidnapping, sodomy, sex abuse, using a child in a display of sexually explicit conduct, strangulation, unlawful use of a weapon, and attempted murder.

Page **4** of **5** – DECLARATION OF STEVE ELZINGA IN SUPPORT OF MARION COUNTY'S RESPONSE TO STATE'S MOTION TO DISMISS

**Rignel Decl., Exhibit 3, Page 5**

16. The new January 22 subpoena appears to have included one of the same named individuals from the August 1 subpoenas that had been previously withdrawn. Records responsive to that overlapping subpoena were not part of the Court's prior order.

17. The new January 22 subpoena has already created and is continuing to create additional costs for Marion County.

18. Each time Marion County receives a subpoena, it creates costs for the county and diverts resources that would otherwise be spent other ways.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct per 28 U.S.C. § 1746.

Executed: February 13, 2026

By: /s/ Steve Elzinga
Steve Elzinga, OSB #123102
Marion County County Counsel

Page **5** of **5** – DECLARATION OF STEVE ELZINGA IN SUPPORT OF MARION COUNTY'S RESPONSE TO STATE'S MOTION TO DISMISS

Marion County Legal Counsel
555 Court Street NE · P.O. Box 14500 · Salem, OR 97309
Telephone: 503-588-5220

**Rignel Decl., Exhibit 3, Page 6**

| | |
|---|---|
| **From:** | Dave Lewis |
| **To:** | Luse, Susanne (USAOR); Kartchner, Andrew B; Bolstad, Leah (USAOR); HSIPortlandSubpoenaResponse, |
| **Cc:** | sciecko@clackamas.us; andy.jones@multco.us; SElzinga@co.marion.or.us; Alex Barnett; Nate Gaoiran; contact@cjc.oregon.gov |
| **Subject:** | DHS Administrative Subpoena HSI-PT-2026-024070-001 - Washington County Response |
| **Date:** | Tuesday, February 10, 2026 10:02:29 AM |

You don't often get email from dave_lewis@washingtoncountyor.gov. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Group Supervisor C. Jones,

On January 22, 2026, your agency served the above-referenced Immigration Enforcement Subpoena No. HSI-PT-2026-024070-001 directed to "Director Nathan Gaoiran and/or Officer/Person in Charge – Washington County Community Corrections Probation and Parole c/o Washington County Counsel" for information related to ten individuals potentially under supervision. Pursuant to ORS 181A.820 to .826, the County is required by Oregon law to decline the requests and can only produce responsive information upon receipt of a judicially issued subpoena.

Please feel free to contact me if you have any questions.

Sincerely,

**David C. Lewis**

Senior Assistant County Counsel

Washington County

155 N. First Avenue, Suite 250, MS 24

Hillsboro, OR 97124-3001

Phone: 503-846-8747 Fax: 503-846-8636

**CONFIDENTIALITY NOTICE**: This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, reproduction, or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this email and all copies.

**PUBLIC RECORDS LAW DISCLOSURE:** This email is a public record of Washington County and is subject to disclosure unless exempt under Oregon Public Records Law. This email is subject to the State Retention Schedule.

**INFO:** Washington County email address has changed from @co.washington.or.us to @washingtoncountyor.gov. Please update my contact information.

**Rignel Decl., Exhibit 3, Page 7**



# OFFICE OF
# MULTNOMAH COUNTY ATTORNEY

501 S.E. HAWTHORNE, SUITE 500
PORTLAND, OREGON 97214

FAX 503.988.3377
503.988.3138

**JENNY M. MADKOUR**
*County Attorney*
_____

**KATHRYN A. SHORT**
*Deputy County Attorney*
_____

**B. ANDREW JONES**
*Deputy County Attorney*
*Litigation Manager*

NICK BALDWIN-SAYRE
ASHLEY BANNON MOORE
CARLOS J. CALANDRIELLO
CHRISTOPHER A. GILMORE
WILLIAM H. GLASSON
CINDY L. HAHN
JON HIMES
ANDREW MACKENDRICK
LOUISA H. MCINTYRE
CARLOS A. RASCH
VERONICA R. RODRIGUEZ
ROBERT E. SINNOTT
JONATHAN P. STRAUHULL
KATHERINE C. THOMAS
JED R. TOMKINS
ANDREW T. WEINER
*Assistants*

February 13, 2026

***Via Email only to hsiportlandsubpoenaresponse@hsi.dhs.gov***

**C. Jones**
**Group Supervisor**
**4310 South Macadam Ave**
**Portland, OR 97239**

Re:    HSI-PT-2026-024072-001

Dear Group Supervisor Jones,

I hope you are well. The Department of Community Justice is declining the request referred to above as required under ORS 181A.826.

Please note that the person to whom administrative subpoenas should be directed is Suzanne Brown-McBride, not Denise Pena.

Regards,

*/s/ Louisa McIntyre*

Louisa McIntyre
Assistant County Attorney
Multnomah County Attorney's Office
501 SE Hawthorne Blvd., Ste. 500
Portland, OR 97214

**Rignel Decl., Exhibit 3, Page 8**