**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**ANDREW KARTCHNER, OSB #135784**
Assistant United States Attorney
Andrew.Kartchner@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2936
Telephone: (503) 727-1019
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-cv-00648 |
| Petitioner, | |
| v. | NOTICE OF WITHDRAWAL OF CRIMINAL ALIEN INFORMATION FROM SUBPOENA |
| MULTNOMAH COUNTY DEPARTMENT OF COMMUNITY JUSTICE; SUZANNE BROWN-MCBRIDE, Deputy Director, Multnomah County Department of Community Justice; CLACKAMAS COUNTY SHERIFF'S OFFICE PAROLE & PROBATION DIVISION; ANGELA BRANDENBURG, Clackamas County Sheriff; MARION COUNTY SHERIFF'S OFFICE, COMMUNITY CORRECTIONS DIVISION; NICHOLAS HUNTER, Marion County Sheriff; WASHINGTON COUNTY COMMUNITY CORRECTIONS PROBATION AND PAROLE; NATHAN GAOIRAN, Director, Washington County Community Corrections Probation and Parole; | |
| Respondents. | |

**Page 1**        **Notice of Withdrawal of Criminal Alien Information from Subpoena**

The United States hereby notifies this Court it has withdrawn Criminal Alien 11 from the subpoena served on Respondent Marion County. Criminal Alien 11 has been arrested by federal law enforcement authorities and, therefore, a response by Respondent Marion County regarding Criminal Alien 11 is no longer necessary.

DATED this 13th day of April, 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Andrew Kartchner*
ANDREW KARTCHNER
Assistant United States Attorney
*Attorneys for the United States*

**Page 2**        **Notice of Withdrawal of Criminal Alien Information from Subpoena**