STEVE ELZINGA, OSB #123102
Marion County Legal Counsel
*selzinga@co.marion.or.us*
555 Court Street N.E., Suite 5242
P.O. Box 14500
Salem, OR 97309
Telephone: (503) 588-5220
Attorney for Sheriff Hunter and
Marion County Sheriff's Office

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

               Peitioner,

    v.

**MULTNOMAH COUNTY DEPARTMENT OF COMMUNITY JUSTICE**; **SUZANNE BROWN-MCBRIDE**, Deputy Director, Multnomah County Department of Community Justice; **CLACKAMAS COUNTY SHERIFF'S OFFICE PAROLE & PROBATION DIVISION**; **ANGELA BRANDENBURG,** Clackamas County Sheriff; **MARION COUNTY SHERIFF'S OFFICE, COMMUNITY CORRECTIONS DIVISION**; **NICHOLAS HUNTER,** Marion County Sheriff; **WASHINGTON COUNTY COMMUNITY CORRECTIONS PROBATION AND PAROLE; NATHAN GAOIRAN**, Director, Washington County Community Corrections Probation and Parole,

               Respondents.

Case No. 3:26-cv-00648-MC

**STIPULATED ORDER GRANTING MARION COUNTY RESPONDENTS' MOTION FOR SUMMARY JUDGMENT AS TO MARION COUNTY**

Marion County Legal Counsel
555 Court Street NE · P.O. Box 14500 · Salem, OR 97309
Telephone: 503-588-5220

This matter is before the undersigned upon the petition for enforcement of administrative subpoenas filed by the United States of America.

The Court has examined the administrative subpoena to Marion County in this case to determine whether it is enforceable under 8 U.S.C. § 1225(d)(4) and *United States v. Morton Salt*, 338 U.S. 632 (1950). The Court finds the administrative subpoena to Marion County is valid and the information it requests is subject to production under § 1225(d)(4).

Under 8 U.S.C. § 1225(d)(4)(B), and based upon the petition and motion filed by Marion County, and all the records herein, **IT IS HEREBY ORDERED THAT:**

1. The Petition to Enforce Administrative Subpoenas, ECF No. 1, is **GRANTED** as to Marion County Respondents;

2. That Marion County Respondents comply with the administrative subpoenas within seven (7) days of the date of this Order and produce responsive documents within their custody and control. If the information and/or documents are not within their custody and control, Marion County Respondents will serve on Petitioner an appropriate custodial declaration.

SO STIPULATED:

Dated: April 3rd, 2026                                      Dated: April 3rd, 2026


/s/ Andrew Kartchner                                       /s/ Steve Elzinga
Andrew Kartchner                                           Steve Elzinga
United States Department of Justice                        Marion County Legal Counsel
Andrew.Kartchner@usdoj.gov                                 selzinga@co.marion.or.us


Page **2** of **3** – STIPULATED ORDER GRANTING MARION COUNTY RESPONDENTS' MOTION FOR SUMMARY JUDGMENT AS TO MARION COUNTY

The Court has reviewed the reason offered in support of the entry of this Stipulated Order and finds that there is good cause. Accordingly, the Court adopts the above Stipulated Order in this action.

**IT IS SO ORDERED**.

DATED:   April 14, 2026

s/Michael J. McShane

MICHAEL J. McSHANE
UNITED STATES DISTRICT JUDGE

Marion County Legal Counsel
555 Court Street NE · P.O. Box 14500 · Salem, OR 97309
Telephone: 503-588-5220