IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-cv-00648-MC |
| Petitioner, | ORDER |
| v. | |

MULTNOMAH COUNTY DEPARTMENT
OF COMMUNITY JUSTICE; SUZANNE
BROWN-MCBRIDE, Deputy Director,
Multnomah County Department of Community
Justice; CLACKAMAS COUNTY SHERIFF'S
OFFICE PAROLE & PROBATION DIVISION;
ANGELA BRANDENBURG, Clackamas
County Sheriff; MARION COUNTY
SHERIFF'S OFFICE, COMMUNITY
CORRECTIONS DIVISION; NICHOLAS
HUNTER, Marion County Sheriff;
WASHINGTON COUNTY COMMUNITY
CORRECTIONS PROBATION AND PAROLE;
NATHAN GAOIRAN, Director, Washington
County Community Corrections Probation and
Parole;

Respondents.

_____

This matter is before the undersigned upon the petition for enforcement of administrative subpoenas filed by the United States of America. The Court has examined each of the administrative subpoenas at issue in this case to determine whether they are enforceable under 8 U.S.C. § 1225(d)(4) and *United States v. Morton Salt Co.*, 338 U.S. 632 (1950). The Court finds the administrative subpoenas are valid and the information they request is subject to production under § 1225(d)(4).

1 – Order

Under 8 U.S.C. § 1225(d)(4)(B), and based upon the petition and responses filed by the parties, and all the records herein, IT IS HEREBY ORDERED THAT:

1. The Petition for Enforcement of Administrative Subpoenas, ECF No. 1, is **GRANTED**;

2. That Respondents comply with the administrative subpoenas within twenty-one (21) days of the date of this Order and produce responsive documents within their custody and control. If the information and/or documents are not within their custody and control, Respondents will serve on Petitioner an appropriate custodial declaration.

IT IS SO ORDERED.

DATED this 5th day of June 2026.

_____s/Michael J. McShane_____
Michael J. McShane
United States District Judge

2 – Order